**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00723-CV

### IN THE INTEREST OF M.N.M., A CHILD

**On Appeal from the County Court At Law**
**Kaufman County, Texas**
**Trial Court Cause No. 87539-CC**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), this Court **ORDERS** the Kaufman County District Clerk to prepare, certify, and file in this Court within **seven days** of the date of this order a supplemental clerk's record containing any and all references to a jury fee having been paid at any time, including, but not limited to a printout of the entire electronic docket sheet for this case, and including all notations respecting payment of a jury fee on approximately November 21, 2013.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to the Kaufman County District Clerk and all parties.

/s/     DOUGLAS S. LANG
JUSTICE